# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **ROGER E. LITTLEFIELD** ) | |
| ) | |
| v. ) | CIVIL NO. 07-36-P-S |
| ) | |
| **J P MORGAN CHASE** ) | |
| **BANK N/A d/b/a** ) | |
| **CHASE CARD SERVICES** ) | |

## ORDER OF DISMISSAL

This action having been reported settled by counsel on May 30, 2007, and counsel having failed to file the papers necessary to terminate the action as of record;

Now therefore, pursuant to Local Rule 41.1(a) this action is DISMISSED with prejudice and without costs, subject to the right of any party to move to reinstate the action within one year if the settlement is not consummated.

    FOR THE COURT.

                      LINDA L. JACOBSON
                      CLERK


                BY:   /s/ Melody Whitten
                          Melody Whitten
                          Deputy Clerk

Dated this 20th day of July, 2007.