UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ROGER E. LITTLEFIELD, of Dayton, County of York and State of Maine, | ) ) ) | |
| PLAINTIFF | ) ) | |
| vs. | ) ) | CIVIL ACTION Docket No. 2:07-cv-36 |
| J.P. MORGAN CHASE BANK, N.A. (d/b/a CHASE CARD SERVICES), and B-LINE, LLC | ) ) ) ) | |
| DEFENDANTS | ) | |

## STIPULATION OF DISMISSAL OF ALL CLAIMS
## WITH PREJUDICE

NOW COMES the Plaintiff, Roger E. Littlefield, (hereinafter "Plaintiff"), and Defendants, J.P. Morgan Chase Bank, N.A. and B-Line, LLC, pursuant to Fed R. Civ. O. 41(a)(1)(ii), and stipulate to the dismissal of this action with prejudice and without costs to any party.

Dated at Saco, Maine, this 31st day July, 2007.

                JAMES F. MOLLEUR, LLC

                By: */s/ James F. Molleur*_____
                    James F. Molleur, Esq.

                By: */s/ J. Scott Logan*_____
                    J. Scott Logan, Esq.

                Counsel for Plaintiff
                P.O. Box 619, 209 Main St., Suite 104
                Saco, ME  04072-0619
                (207) 283-3777

By: */s/James B. Maguire, Esq.*
    James B. Maguire, Esq.
    Counsel for Defendant,
    J P MORGAN CHASE BANK NA
    111 Commercial St., Suite 300
    Portland, ME  04101
    207-774-5779

    PRETI, FLAHERTY, BELIVEAU &
    PACHIOS, PLLP

By: */s/James B. Maguire, Esq.*
    Michael McCormack, Esq.
    Counsel for Defendant,  B-Line, LLC
    57 North Main St., P.O. Box 1318
    Concord, NH  03302-1318
    603-41-01500

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROGER E. LITTLEFIELD, of Dayton, County of York and State of Maine,<br><br>      PLAINTIFF<br>vs.<br><br>J.P. MORGAN CHASE BANK, N.A. (d/b/a CHASE CARD SERVICES), and B-LINE, LLC<br><br>      DEFENDANTS | CIVIL ACTION<br>Docket No. 2:07-cv-36 |

## CERTIFICATE OF SERVICE

I, Martine Morin Boissonneault, hereby certify that I am over eighteen years old and caused a true and correct copy of Stipulation of Dismissal to be served on the parties at the addresses set forth on the Service List attached hereto either via electronically or via facsimile and first class U.S. Mail, postage prepaid.

Dated at Saco, Maine, this 31st day of July, 2007.

                              JAMES F. MOLLEUR, LLC

                      By: /s/ *Martine Morin Boissonneault*.
                            Martine Morin Boissonneault
                            P.O. Box 619, 209 Main St., Suite 104
                            Saco, ME 04072-0619
                            (207) 283-3777
                            martine@molleurlaw.com

## SERVICE LIST

| | |
|---|---|
| James B. Maguire, Esq. | Via electronic service |
| Michael T. McCormack, Esq. | Via electronic service |